PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Demetrius Owens**                         Docket No. **03-423**

Petition for Action on Conditions of Pretrial Release

      COMES NOW **Kenneth Rowan**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Demetrius Owens**, who was placed under pretrial release supervision by the Honorable **Katharine S. Hayden** sitting in the Court at Newark, New Jersey, on November 1, 2004, under the following conditions:

**1. $100,000 Appearance Bond secured by the available equity in his mother's residence who also co-signed the bond**
**2. Pretrial Services supervision**
**3. Defendant is placed in 3rd party custody of his mother, Vonciel Owens**
**4. 24 hour house arrest with electronic monitoring, with exceptions for medical treatment, appointments with counsel, court, employment, and other absences as approved by Pretrial Services**
**5. Defendant may not attempt to influence, intimidate or injure, and juror or judicial officer; not tamper with any victim, witness, or informant; and not retaliate against any victim, witness, or informant**
**6. Defendant is required to advise the Court, Pretrial Services, and United States Attorney of any change in address**
**7. Defendant is subject to drug testing/treatment as directed by Pretrial Services**
**8. Defendant must surrender passport to Pretrial Services, and may not apply for a passport or travel documents**
**9. Defendant shall refrain from any excessive use of alcohol, or any use or possession of any narcotic drug or other controlled substances, including marijuana and illegal steroids**

The defendant's sentencing date is pending.

      Respectfully presenting petition for action of Court and for cause as follows:

On November 21, 2005, Pretrial Services approved the defendant's request to start employment at Manpower, 409 Washington Avenue, Jersey City, New Jersey. On January 19, 2006, Pretrial Services conducted an employment visit to learn that the defendant's last date of employment was January 10, 2006. The defendant had never informed Pretrial Services of changes in his employment status. The electronic monitoring reports during that time period showed the defendant leaving and returning to his residence as if he had been employed at Manpower. On January 19, 2006, the defendant initially denied any wrongdoing, then admitted to going outside his residence for leisure-

related pursuits contrary to his home confinement release condition. Consequently, Pretrial Services placed him on 24-hour lock down with medical emergencies, counsel visits, and court proceedings as the only exceptions to leave his residence.

On January 24, 2006, Pretrial Services spoke to the Assistant United States Attorney, Aidan O'Connor, and the Assistant Federal Public Defender, Esther Salas, who consent to the below noted modification.

    PRAYING THAT THE COURT WILL ORDER the defendant's bail modified to eliminate employment as an exception for the defendant to leave his residence.

ORDER OF COURT

Considered and ordered this ___16th___ day of __February__, 2006 and ordered filed and made a part of the records in the above case.

_____
Honorable Katharine S. Hayden
United States District Judge

Respectfully,

_____
Kenneth Rowan
U.S. Pretrial Services Officer
P.O. Box 20240
Newark, New Jersey 07102

Date: January 24, 2006