UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katherine S. Hayden |
| v. | : | Criminal No. 03-423 |
| DEMETRIUS B OWENS | : | O R D E R |

This matter having come before the Court on the application for bail from the Defendant and a hearing having been held before this court on August 5, 2008, Defendant Demetrius Owens being represented by John Yauch, Assistant Federal Public Defender, and the United States being represented by Christopher Christie (Douglas Herring, Assistant United States Attorney, appearing);

IT IS THE FINDING OF THIS COURT that defendant Demetrius Owens entered a guilty plea to conspiracy regarding interstate transportation of stolen goods in violation of 18 U.S.C. § 371 on October 28, 2003. The defendant was released from custody on bail and other pre-trial conditions on January 11, 2004. The defendant was arrested for a state crime and his federal bail was revoked on May 1, 2008. As of the hearing on August 5, 2008, the defendant has not resolved his pending state charges.

WHEREFORE, it is on this 5 day of August, 2008,

IT IS HEREBY ORDERED that the application for bail from defendant Demetrius B Owens is denied and the defendant remains in custody.

HONORABLE KATHARINE S. HAYDEN
United States District Judge